UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**MARISSA GREMILLION**                                              CIVIL ACTION

**VERSUS**

**WAL-MART STORES, INC, ET AL.**                          NO.:14-00665-BAJ-RLB

## ORDER AND RULING

Considering the **Joint Motion to Dismiss with Prejudice (Doc. 20)** filed by Plaintiff Marissa Gremillion and Defendants Wal-Mart Stores, Inc. and National Fire Insurance Company of Pittsburg, P.A.,

**IT IS ORDERED** that the above-captioned action is **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 29th day of February, 2016.

*[signature]*

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**